# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **RICARDO HUGH BROWN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00511-RDP-HNJ |
| ) | |
| **DAVID RIVERA, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On December 9, 2019, the Magistrate Judge entered a report recommending this action be dismissed without prejudice. (Doc. 12). The Magistrate Judge further recommended that Brown's motion for evidentiary hearing be denied. (*Id*.). Although the Magistrate Judge advised the parties of their right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. Accordingly, the petition is due to be dismissed without prejudice. In addition, Brown's motion for evidentiary hearing is due to be denied.

A separate order will be entered.

**DONE** and **ORDERED** this January 6, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE